Submitted on remand from the Oregon Supreme Court March 17, former opinion
vacated; appeal dismissed March 30, 1981

MILLER,
*Appellant,*
*v.*
GRANTS PASS IRRIGATION DISTRICT,
*Respondents.*

MILLER,
*Appellant,*
*v.*
GRANTS PASS IRRIGATION DISTRICT et al,
*Respondents.*

(Nos. 77-716-L, 77-731-L, CA 14444)
(Cases Consolidated)

625 P2d 685

James C. Waggoner, Portland, argued the causes for
appellant. With him on the briefs were Lloyd B. Ericsson,
Jeffrey C. Bodie, and Martin, Bischoff, Templeton, Biggs &
Ericsson, Portland.

John W. Eads, Medford, argued the cause for respondent
Grants Pass Irrigation District. On the brief were Thomas
D. Melum, William V. Deatherage, and Brohnmayer,
Deatherage, Foster & Purdy, Medford.

W. Benny Won, Assistant Attorney General, Salem,
argued the cause for respondent State of Oregon. With him
on the brief were James A. Redden, Attorney General, and
Walter L. Barrie, Solicitor General, Salem.

Before Joseph, Chief Judge, and Richardson and Buttler, Judges.

PER CURIAM

**PER CURIAM**

Pursuant to the order on remand of the Supreme
Court, our decision (45 Or App 823, 609 P2d 859 (1980)) is
vacated, and the appeal is dismissed.

Former opinion vacated; appeal dismissed.